# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLARENCE R. DAVIS | : CIVIL ACTION<br>: NO.: 2:22-CV-03059 GJP |
| v. | : |
| DHIMITER DOMA; D'ARRIGO BROS CO OF NEW YORK, INC. d/b/a D'ARRIGO DELIVERY: INC. and KAMAR M. GRUBB | : |

## STIPULATION AS TO REMAND

The parties, by and through counsel, hereby **stipulate** that the amount in controversy in the above captioned civil action does not exceed seventy-five thousand ($75,000) dollars, and hereby request that the matter be **remanded** to the Court of Common Pleas, Philadelphia County.

LUBER LAW

Dated: August 9, 2022

By: _____
I. MICHAEL LUBER, ESQUIRE
Attorney for Plaintiff
Attorney I.D. # 02041
1420 Walnut Street, Suite 300
Philadelphia, PA   19102
Email: imichaelluber@aol.com

HUBSHMAN FLOOD DORN KOLB & SCHWEIKERT

Dated: August 9, 2022

By: *Brian Palm*
Brian M. Palm, Esquire
Attorney for Defendant,
Kamar M. Grubb
Attorney ID # 326606
5165 CAMPUS DRIVE, SUITE 200
PLYMOUTH MEETING PA 19462
Email: Brian_M_Palm@progressive.com

|  |  |
|---|---|
| Dated: August 9, 2022 | WILLIAM J. FERREN & ASSOCIATES<br><br>By: *Jeffrey W. McDonnell*<br>Jeffrey W. McDonnell, Esquire<br>Attorney for Defendants<br>Dhimiter Doma and D'Arrigo Bros<br>Co of New York, Inc. d/b/a<br>D'Arrigo Delivery<br>Attorney ID: 74353<br>PO Box 2903<br>Hartford, CT 06104<br>(p) 267-675-3004<br>Email: jwmcdonn@travelers.com |

SO ORDERED

*/s/ Gerald J. Pappert*                    8/11/22
                                                                    J.